ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANNA NGUYEN (CABN 335873)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Anna.Nguyen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17-MJ-71366 NJV |
|---|---|---|
| Plaintiff, | ) | UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO UNSEAL DOCKET AND [PROPOSED] ORDER |
| v. | ) | |
| BRYAN EDWARD MCBETH, | ) | |
| Defendant. | ) | |

The United States, through undersigned counsel, respectfully moves this Court to unseal the entire docket in the above-captioned matter. The Investigative Agency has completed its investigation, the defendant has been sentenced, the passage of time, and the fact that several recent hearings were conducted on the open record, and therefore, it is no longer necessary for the documents to be sealed.

DATED: May 18th, 2023

                                                Respectfully submitted,

                                                ISMAIL J. RAMSEY
                                                United States Attorney


                                                 /s/ Anna Nguyen
                                                ANNA NGUYEN
                                                Special Assistant United States Attorney

## **[PROPOSED] ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the entire docket in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED: _____
HONORABLE WILLIAM H. ORRICK
United States District Judge